DOWNEY BRAND LLP
MICHAEL N. MILLS (Bar No. 191762)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone:  (916) 444-1000
Facsimile:  (916) 444-2100
mmills@downeybrand.com

Attorneys for Plaintiffs
Peter Morton; Rebecca Watt; Kimberly Mitchell-Sellwood; Stephanie Lynde-Collins; Sausalito Alta Mira LLC, a Nevada limited liability company; Harrison Ventures LLC, a California limited liability company; and Bulkley Ventures LLC, a California limited liability company.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MORTON; REBECCA WATT; KIMBERLY MITCHELL-SELLWOOD; STEPHANIE LYNDE-COLLINS; SAUSALITO ALTA MIRA LLC, a Nevada limited liability company; HARRISON VENTURES LLC, a California limited liability company; and BULKLEY VENTURES LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAUSALITO, a California municipality, <br><br> Defendant. | CASE NO. CV 076220 VRW <br><br> **PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Downey Brand LLP, 555 Capitol Mall, Tenth Floor, Sacramento, California, 95814-4686. On December 19, 2007, I served the within document(s):

**RETURN OF SERVICE**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

Adam Politzer
City Clerk/City Manager
City of Sausalito
420 Litho Street
Sausalito, CA  94965

Michael von Loewenfeldt
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA  94105

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 19, 2007, at Sacramento, California.

*Starna Erickson*
Starna Erickson

896702.1
12/14/07

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]  
DATE: 12/11/2007  1:55 PM

Name of SERVER: JAMES P. RUIZ  
TITLE: REGISTERED MARIN COUNTY #186

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: 420 LITHO STREET  
SAUSALITO, CA 94965

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[X] Other (specify): BY SERVING DOUG SMITH, ADMINISTRATIVE AIDE AUTHORIZED TO ACCEPT SERVICE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $95.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/18/2007  
Date

Signature of Server

Address of Server:  
ONE LEGAL, INC.  
504 REDWOOD BLVD #223  
NOVATO, CA 94947  
(415) 491-0606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.