DOWNEY BRAND LLP
MICHAEL N. MILLS (Bar No. 191762)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone:   (916) 444-1000
Facsimile:   (916) 444-2100
mmills@downeybrand.com

Attorneys for Plaintiffs
Peter Morton; Sausalito Alta Mira LLC, a Nevada
limited liability company; Harrison Ventures LLC, a
California limited liability company; Bulkley
Ventures LLC, a California limited liability company;
Rebecca Watt; Connie Cowden; Kimberly Mitchell-
Sellwood; and Stephanie Lynde

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MORTON; SAUSALITO ALTA MIRA LLC, a Nevada limited liability company; HARRISON VENTURES LLC, a California limited liability company; BULKLEY VENTURES LLC, a California limited liability company; REBECCA WATT; CONNIE COWDEN; KIMBERLY MITCHELL-SELLWOOD; and STEPHANIE LYNDE,<br><br>              Plaintiffs,<br><br>       v.<br><br>CITY OF SAUSALITO, a California municipality,<br><br>              Defendant. | CASE NO. CV 076220 VRW<br><br>**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL LOCAL RULE 3-13** |

Plaintiffs, PETER MORTON, REBECCA WATT, CONNIE COWDEN, KIMBERLY MITCHELL-SELLWOOD, and STEPHANIE LYNDE (included as "Plaintiffs") and SAUSALITO ALTA MIRA LLC, a Nevada limited liability company, HARRISON VENTURES LLC, a California limited liability company, and BULKLEY VENTURES LLC, a California limited liability company (collectively referred to herein as "Plaintiffs"), hereby submit this Notice of Pendency of Other Action or Proceeding pursuant to Civil L. R. 3-13.

///

894982.2

1

A. **Description of Other Action or Proceeding**

   1. **Description of the Other Action**

The CITY OF SAUSALITO, a California municipality (referred to herein as "Defendant" or the "City"), filed an action in the Superior Court of California, County of Marin, Case No. 074789, on October 9, 2007, against Sausalito Alta Mira LLC, a Nevada limited liability company, Harrison Ventures LLC, a California limited liability company, and Bulkley Ventures LLC, a California limited liability company (the "State Action"), all of which are also plaintiffs in the above-entitled action (the "Federal Action").

The Complaint filed by the City in the State Action asserts causes of action including public nuisance, declaratory relief, and preliminary and permanent injunction, and alleges that such entities must obtain a conditional use permit and a business license prior to operating the subject real properties as drug and alcohol recovery or treatment facilities, and must comply with the payment of the City's transient occupancy tax, despite the fact that each of the eight subject real properties has been separately approved and licensed by the California Department of Alcohol and Drug Programs to house six or fewer individuals in connection with the operation of such properties as drug and alcohol recovery or treatment facilities.

The complaint in the State Action was served by the City on October 25, 2007, and a Motion to Strike was timely filed by the defendants in the State Action. The City has since filed and served an amended complaint in the State Action.

   2. **The Title and Location of the Other Court**

As set forth above, the State Action is currently pending in the Superior Court of California, County of Marin, located at 3501 Civic Center Drive, San Rafael, California 94903.

   3. **Relationship of Both Actions and Issues Regarding Coordination**

As set forth above, the State Action filed by the City in Marin County Superior Court asserts causes of action including public nuisance, declaratory relief, and preliminary and permanent injunction, and alleges that such entities must obtain a conditional use permit and a business license prior to operating the subject real properties as drug and alcohol recovery or treatment facilities, and must comply with the payment of the City's transient occupancy tax,

despite the fact that each of the eight subject real properties has been separately approved and licensed by the California Department of Alcohol and Drug Programs to house six or fewer individuals in connection with the operation of such properties as drug and alcohol recovery or treatment facilities.

The Federal Action, on the other hand, includes additional parties that are separate and distinct from the State Action, and arises pursuant to the Fair Housing Act of 1968, as amended by the Fair Housing Amendments Act of 1988, 42 U.S.C. §§ 3601 *et seq.*; the Americans with Disabilities Act as codified in 42 U.S.C. §§ 12101 *et seq.*; and 42 U.S.C. § 1983, the Due Process Clause of the United States Constitution.

The plaintiffs in the Federal Action seek declaratory, preliminary and permanent injunctive relief to enjoin the City's conduct, as well as monetary damages, costs and reasonable attorneys' fees. Specifically, the Plaintiffs in the Federal Action seek to prevent the City from interfering with the occupancy of the subject real properties, and seek to enjoin the City from improperly applying the City's Municipal Code land use regulations and controls with respect to such properties, from discriminating against the Plaintiffs on the basis of handicap or disability, and from otherwise yielding to the prejudices and fears of neighbors of the above-referenced properties about the presumed harm that people with disabilities would bring to their neighborhood. The Plaintiffs seek a declaratory judgment that the use of the subject properties as residences for recovering alcoholics and substance abusers is consistent with "single family" use.

Since the above-entitled action raises various federal claims, including claims arising under 42 U.S.C. § 1983, and since several of the Plaintiffs in the Federal Action are separate and distinct from the parties in the State Action, the Plaintiffs in the Federal Action will be filing a

/ / /

1 | motion in this Court to stay the State Action pending the outcome of the Federal action.

2 | DATED: December 19, 2007                    DOWNEY BRAND LLP

By:____/ s/ Michael N. Mills_____
    MICHAEL N. MILLS
Attorneys for Plaintiffs
Peter Morton; Sausalito Alta Mira LLC, a Nevada limited liability company; Harrison Ventures LLC, a California limited liability company; Bulkley Ventures LLC, a California limited liability company; Rebecca Watt; Connie Cowden; Kimberly Mitchell-Sellwood; and Stephanie Lynde