| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| | Michael N Mills (Bar No. 191762) |
| 2 | 555 Capitol Mall, 10th Floor |
| | Sacramento, CA 95814 |
| 3 | Telephone: (916) 444-1000 |
| | Facsimile:  (916) 444-2100 |
| 4 | mmills@downeybrand.com |
| 5 | Attorneys for Plaintiffs |
| | Peter Morton; Sausalito Alta Mira LLC, a Nevada |
| 6 | limited liability company; Harrison Ventures LLC, a |
| | California limited liability company;  Bulkley |
| 7 | Ventures LLC, a California limited liability company; |
| | Rebecca Watt; Connie Cowden; Kimberly Mitchell- |
| 8 | Sellwood; and Stephanie Lynde |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MORTON; SAUSALITO ALTA MIRA LLC, a Nevada limited liability company; HARRISON VENTURES LLC, a California limited liability company; BULKLEY VENTURES LLC, a California limited liability company; REBECCA WATT; CONNIE COWDEN; KIMBERLY MITCHELL-SELLWOOD; and STEPHANIE LYNDE, ,   Plaintiffs,   v.   CITY OF SAUSALITO, a California municipality,   Defendant. | CASE NO.  CV 07 6220 VFW  **PLAINTIFFS' CIVIL L.R. 3-16 DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed person, associations of person, firms, partnerships, corporation (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Michael Blatt, individual; member of plaintiffs Sausalito Alta Mira LLC, Harrison

1

1  Ventures LLC, and Bulkley Ventures LLC.  As a result of his ownership interest in these

2  plaintiffs, Mr. Blatt has both a financial interest in these parties and in the outcome of this

3  proceeding.

4      2.      Raymond Blatt; invidual; member of plaintiffs Sausalito Alta Mira LLC, Harrison

5  Ventures LLC, and Bulkley Ventures LLC.  As a result of his ownership interest in these

6  plaintiffs, Mr. Blatt has both a financial interest in these parties and in the outcome of this

7  proceeding.

8  DATED:  December 19, 2007          DOWNEY BRAND LLP

10                          By:____/ s/ Michael N. Mills_____
                                MICHAEL N. MILLS
11                          Attorneys for Plaintiffs
                            Peter Morton; Sausalito Alta Mira LLC, a Nevada
12                          limited liability company; Harrison Ventures
                            LLC, a California limited liability company;
13                          Bulkley Ventures LLC, a California limited
                            liability company; Rebecca Watt; Connie
14                          Cowden; Kimberly Mitchell-Sellwood; and
                            Stephanie Lynde