DOWNEY BRAND LLP
MICHAEL N. MILLS (Bar No. 191762)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone:    (916) 444-1000
Facsimile:    (916) 444-2100
mmills@downeybrand.com

Attorneys for Plaintiffs
Peter Morton; Sausalito Alta Mira LLC, a Nevada limited liability company; Harrison Ventures LLC, a California limited liability company; Bulkley Ventures LLC, a California limited liability company; Rebecca Watt; Connie Cowden; Kimberly Mitchell-Sellwood, and Stephanie Lynde.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MORTON; REBECCA WATT; KIMBERLY MITCHELL-SELLWOOD; STEPHANIE LYNDE-COLLINS; SAUSALITO ALTA MIRA LLC, a Nevada limited liability company; HARRISON VENTURES LLC, a California limited liability company; BULKLEY VENTURES LLC, a California limited liability company, REBECCA WATT; CONNIE COWDEN; KIMBERLY MITCHELL-SELLWOOD; and STEPHANIE LYNDE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAUSALITO, a California municipality,<br><br>Defendant. | CASE NO. CV 076220 VRW<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Downey Brand LLP, 555 Capitol Mall, Tenth Floor, Sacramento, California, 95814-4686. On December 19, 2007 I served the within document(s):

   COURT GUIDELINES
   LIST OF JUDGES
   DROP BOX FILING PROCEDURES
   NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION
   ECF REGISTRATION INFORMATION HANDOUT
   CIVIL CASE COVER SHEET
   COURT ORDER RE: CASE MANAGEMENT CONFERENCE
   PROOF OF SERVICE OF SUMMONS
   COMPLAINT
   FIRST AMENDED COMPLAINT
   NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING
   DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

[x] **BY ELECTRONIC MAIL:** by transmitting via electronic mail, per written agreement of counsel, the document(s) listed above to the electronic mail address set forth below on this date.

[ ] **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

[ ] **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

Michael von Loewenfeldt
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105
mvl@kerwagstaffe.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 19, 2007, at Sacramento, California.

_____
Starna Erickson

PROOF OF SERVICE – CV 07 6220 VRW

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Downey Brand LLP, 555 Capitol Mall, Tenth Floor, Sacramento, California, 95814-4686. On December 20, 2007, I served the within document(s):

**PROOF OF SERVICE**

☐ **BY ELECTRONIC MAIL:** by transmitting via electronic mail, per written agreement of counsel, the document(s) listed above to the electronic mail address set forth below on this date.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

Michael von Loewenfeldt
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA  94105
mvl@kerrwagstaffe.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 20, 2007, at Sacramento, California.

_____
Starna Erickson

896702.2
12/20/07