1  JAMES M. WAGSTAFFE (95535)
   MICHAEL VON LOEWENFELDT (178665)
2  ADRIAN J. SAWYER (203712)
   CHEROKEE D.M. MELTON (243265)
3  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
4  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
5  Fax: (415) 371-0500

6  MARY ANNE WAGNER (167214)
   CITY ATTORNEY
7  **CITY OF SAUSALITO**
   420 Litho Street
8  Sausalito, California 94965
   Telephone: (415) 453-8866
9  Fax: (415) 289-4167

10
   Attorneys for Defendant
11 CITY OF SAUSALITO

12

13               **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 16 PETER MORTON; SAUSALITO ALTA MIRA LLC, a Nevada limited liability company; HARRISON VENTURES LLC, a California limited liability company; and BULKLEY VENTURES LLC; a California limited liability company, REBECCA WATT; CONNIE COWDEN; KIMBERLY MITCHELL-SELLWOOD; and STEPHANIE LYNDE,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF SAUSALITO, a California municipality,<br><br>Defendant. | Case No. C 07-6220 VRW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR STAY**<br><br>Date:      February 14, 2008<br>Time:     2:30 p.m.<br>Courtroom: 6<br><br>Hon. Vaughn R. Walker |

NO. C 07-6220 VRW                                                RJN ISO MOT. TO DISMISS OR STAY

**REQUEST FOR JUDICIAL NOTICE**

In connection with a motion to dismiss, the Court may consider documents referred to in the Complaint as well as other matters subject to judicial notice. Intri-Plex Technologies, Inc. v. Crest Group, Inc., 499 F.3d 1048, 1052 (9th Cir. 2007); United States v. Ritchie, 342 F.3d 903, 908 (9th Cir. 2003); Branch v. Tunnell, 14 F.3d 449, 454 (9th Cir. 1994).

The records of other courts are subject to judicial notice pursuant to Federal Rule of Evidence 201 and Lambert v. Conrad, 308 F.2d 571 (9th Cir. 1962) (taking judicial notice of records of other courts in related proceeding); BP West Coast Products LLC v. Greene, 318 F. Supp. 2d 987, 994 (E.D. Cal. 2004) ("Judicial notice may be taken of court records. … As such, the court will take judicial notice of the opinions, complaints, briefs, and evidence filed in other actions.") (citations omitted). Undisputed county records are also subject to judicial notice. Laurie Q. v. Contra Costa County, 304 F. Supp. 2d 1185, 1208 n.17 (N.D. Cal. 2004) (taking judicial notice of County adoption records).

Municipal ordinances and codes are similarly subject to judicial notice. See Cox Communications PCS, L.P. v. City of San Marcos, 204 F. Supp. 2d 1272, 1276 n.1 (S.D. Cal. 2002) ("Pursuant to defendants' request, the Court takes judicial notice of the San Marcos Municipal Code, San Marcos Ordinance 63-9, and San Marcos Ordinance 63-10."); C.R. of Rialto, Inc. v. City of Rialto, 964 F. Supp. 1401, 1403 (C.D. Cal. 1997) ("C.R. Rialto's request that the court take judicial notice of the City's Ordinance No. 939, Sections 18.60.030 and 18.60.050 of the City's Municipal Code ('Code') is granted.").

The City of Sausalito requests the Court to take judicial notice of, and consider, the following:

1.  The County of Marin's fictitious business name records for "Alta Mira Treatment Program", FBN 2007114438, which name is registered to BULKLEY VENTURES, LLC, HARRISON VENTURES, LLC, and SAUSALITO ALTA MIRA, LLC. These records, a copy of which is attached hereto as Exhibit A, are not subject to reasonable dispute, and are public records available on the Internet at http://www.co.marin.ca.us/FBNall/FBNSearchDetail.aspx?id=2007114438&id2=14



NO. C 07-6220 VRW                                         1                            RJN ISO MOT. TO DISMISS OR STAY

2. The City of Sausalito's September 7, 2007 letter referred to in paragraph 51 of plaintiffs' First Amended Complaint, attached hereto as Exhibit B.

3. The AMTP Operator's letter of September 13, 2007 to the City of Sausalito referred to in paragraph 52 of plaintiffs' First Amended Complaint, attached hereto as Exhibit C.

4. The Complaint filed in *City of Sausalito v. Sausalito Alta Mira, LLC, et al.*, Marin County Superior Court case number CV 074789, attached hereto as Exhibit D.

5. The First Amended Complaint filed in *City of Sausalito v. Sausalito Alta Mira, LLC, et al.*, Marin County Superior Court case number CV 074789, attached hereto as Exhibit E.

6. Sausalito Municipal Code Chapters 10.22 and 10.60, attached hereto as Exhibit F.

DATED: January 10, 2008         **KERR & WAGSTAFFE LLP**

By ____/s_____
Michael von Loewenfeldt

Attorneys for Defendant
City of Sausalito