EXHIBIT A

| County of Marin: County of Marin: County Clerk - Search Fictitious Business Name |
|---|
| Print Date 12/29/2007 |

Elections/Registrar of Voters | Treasurer/Tax Collector | Search Fictitious Business Name

# FBN Detail

FBN Number: 2007114438
FBN Names : ALTA MIRA TREATMENT PROGRAM

**Mailing Address**

125 BULKLEY AVE
SAUSALITO ,     CA     94965

**Business Start Date:** 9/1/2007     **Business Conducted By:** Limited Liability Company
**Expiration Date:**     8/8/2012     **Expiration Days:**     0

**Abandon Number:**          **Abandon Date:**
**Filed Date:**     8/8/2007     **Purge Date:**     8/8/2016
**Updated By:**     LOBATO     **Updated Date:** 8/9/2007

Phone:
Fax:
E-mail:

**Owners or Registrants Information:**

| FBN No | Owner Names |
|---|---|
| 2007114438 | BULKLEY VENTURES, LLC |
| 2007114438 | HARRISON VENTURES, LLC |
| 2007114438 | SAUSALITO ALTA MIRA, LLC |