**EXHIBIT B**



# CITY OF SAUSALITO

420 Litho Street ○ Sausalito, CA 94965
Telephone: (415) 289-4100
www.ci.sausalito.ca.us

September 7, 2007

Harrison Ventures LLC
Bulkley Ventures LLC
Sausalito Alta Mira LLC
475 Bridgeway
Sausalito, California 94965
Attn: Mr. Michael Blatt

Mr. Raymond Blatt
Alta Mira Treatment Program
125 Bulkley Avenue
Sausalito, California 94965

Ms. Bridgette Lank
Alta Mira Treatment Program
125 Bulkley Avenue
Sausalito, California 94965

Ms. Meredith Levy
Alta Mira Treatment Program
141 Bulkley Avenue
Sausalito, California 94965

Dear Mr. Michael Blatt, Mr. Raymond Blatt, Ms. Lank and Ms. Levy:

It has come to the City's attention that you have been licensed by the State of California Department of Alcohol and Drug Programs to operate a 48 bed drug and alcohol rehabilitation center known as the "Alta Mira Treatment Program" at the following locations in the City of Sausalito:

    96 Harrison Avenue
    135 Bulkley Avenue
    126 Harrison Avenue
    125 Bulkley Avenue
    25 Santa Rosa Avenue
    100 Harrison Avenue
    141 Bulkley Avenue
    110 Harrison Avenue

FAX NUMBERS:

Administration: (415) 289-4167
Recreation: (415) 289-4189
Community Development: (415) 339-2256
Library: (415) 331-7943
Public Works: (415) 289-4138

*Letter re Alta Mira Treatment Program*
*September 7, 2007*
*Page 2 of 2*

All of these properties are located in the City's Multiple Family Residential (R-3) Zoning District. The center falls outside of Health and Safety Code section 11834.23, therefore compliance with all applicable City ordinances is required. As set forth in Chapter 10.22 of the City of Sausalito Zoning Code a Conditional Use Permit (CUP) must be issued by the City of Sausalito **prior** to the commencement of the operation of the proposed Alta Mira Treatment Program. Operation of the proposed center without a CUP is in violation of the City of Sausalito's Municipal Code and the City will promptly pursue all available legal remedies to correct any such violation.

In addition to obtaining a CUP you must also obtain a City of Sausalito Business License in accordance with Chapter 5.04 of the City of Sausalito Municipal Code.

Please note that the City will also require compliance with and payment of the City's Transient Occupancy Tax in accordance with the provisions of Chapter 3.12 of the City of Sausalito Municipal Code.

Please do not hesitate to contact me if you have any questions or if you would like to discuss this matter with me. My direct dial number is (415)289-4133.

Sincerely:

Diane Henderson
Interim Community Development Director

Cc:  Chief Scott Paulin, City Manager Pro Tem
     Mary Anne Wagner, City Attorney
     Louise Ho, Finance Director