# EXHIBIT F

# CHAPTER 10.22  RESIDENTIAL ZONING DISTRICTS

## 10.22.010   Specific Purposes

In addition to the general purposes listed in Section 10.10.030 (Title and Purpose), the specific purposes of the residential zoning districts include the following:

A. To provide suitable locations for a variety of housing types and classes of dwelling accommodations needed to serve the population of the City of Sausalito;

B. To provide stability and protection for residential areas;

C. To control the density and distribution of population throughout the area in conformance with the General Plan;

D. To provide for public and private facilities necessary to serve residential areas;

E. To ensure sensitive hillside residential design; and

F. To provide opportunities for religious institutions, day care facilities, residential care facilities and other uses that are compatible with and desirable for residential neighborhoods.

## 10.22.020   Additional Purposes

The additional purposes of each residential zoning district are as follows:

A. **Single Family Residential (R-1).** The single-family residential zoning district (R-1) provides for low-density, detached single-family residential land use. Densities are based on existing development and are meant to be protected and preserved. Development standards reflect the scale, character, and intensity of existing neighborhoods.

The single family residential zoning district is a very low to low density residential district with three different minimum lot sizes ranging from one dwelling unit per 6,000 square feet of land area (lot size) to one dwelling unit per 20,000 square feet of land area (lot size), depending on the environmental constraints and neighborhood character. The district is divided into three subdistricts (as indicated in Table 10.22-2, Site Development Standards – Residential Zoning Districts) based on these densities, including R-1-6, R-1-8 and R-1-20.

B. **Two Family Residential (R-2).** The two family residential zoning district (R-2) provides for a mix of single family and duplex dwellings. The district is intended to provide for development of single and two family dwellings in appropriately located areas and with the appropriate character.

The two family residential zoning district is a medium to medium-high density residential

land use category. Densities are one dwelling unit per 2,500 square feet or 5,000 square feet, depending on location. The district is divided into two subdistricts (as indicated in Table 10.22-2, Site Development Standards – Residential Zoning Districts) based on these densities, including R-2-2.5 and R-2-5.

C. **Planned Residential (PR).** The Planned Residential zoning district preserves and maintains existing medium-high residential density development, including townhomes and condominiums.

Planned Residential is a medium-high density residential district with a residential density of one dwelling unit per 1,980 square feet.

D. **Multiple Family Residential (R-3).** The Multiple Family Residential zoning district provides areas for residential neighborhoods of single-family dwellings, two family dwellings, duplexes, apartments, and other multiple family attached dwelling units, such as condominiums. The multiple family district provides for innovative site planning, while providing on-site recreational amenities and location near major community facilities, business centers and/or major streets.

The multiple family district is a high-density residential district with a residential density of one dwelling unit per 1,500 square feet.

E. **Houseboats (H).** The Houseboat zoning district is intended to maintain and enhance the City's diverse housing stock and to continue to allow houseboat uses on the City's waterfront.

The Houseboat district is a low-density residential zoning district with a residential density of one dwelling unit per 10,000 square feet.

F. **Arks (A).** The residential Ark district promotes and encourages traditional, pre-1963 single-family arks. The district encourages arks' maintenance, restoration and preservation in a manner compatible with surrounding marine and commercial uses. Residential arks are a high-density residential land use with a residential density of one unit per 1,500 square feet.

### 10.22.030   Allowable Land Use

Table 10.22-1 (Land Uses Allowed in Residential Districts) on the following page outlines the land uses that are allowed in each of the residential zoning districts. As indicated in the legend, each use is either permitted (no discretionary permit required), or one of two discretionary use permits are required (Minor Use Permit, Conditional Use Permit), as explained in Part IV (Permit Procedures), Chapters 10.50 through 10.68. Blanks indicate the use is not allowed in that particular district. The last column identifies sections of the zoning ordinance where additional requirements are found and apply to the land use. Additional requirements for specific uses set forth in Chapter 10.44 (Specific Use Requirements) may also be applicable.

## Table 10.22-4
## LAND USES ALLOWED IN RESIDENTIAL DISTRICTS*

| LAND USE | R-1 | R-2 | PR | R-3 | H | A | SEE SECTION |
|---|---|---|---|---|---|---|---|
| **Recreation, Education, & Public Assembly Uses** | | | | | | | |
| Community Centers | CUP | CUP | CUP | CUP | | | |
| Piers and wharves | | | | | P | | 10.44.070 (Piers, Docks, Floats and Wharves) |
| Piers, docks and floats for private pleasure craft | | P | | | P | | |
| Private club or recreation facility | CUP | CUP | CUP | CUP | | | |
| Parks, playgrounds | P | P | P | P | P | | |
| Religious Institutions | CUP | CUP | CUP | CUP | | | 10.44.110 (Religious Institutions, Private Clubs and Fraternal Organizations) |
| Schools- Elementary | CUP | CUP | | CUP | | | |
| Temporary uses and events | MUP | MUP | MUP | MUP | MUP | | 10.44.310 (Temporary Uses and Events) |
| **Residential Uses** | | | | | | | |
| Home Occupations | P | P | P | P | P | P | 10.44.030 (Home Occupations) |
| Houseboat | | | | | P | | 10.44.160 (Houseboats) |
| Multiple Unit Houseboat | | | | | CUP | | 10.44.160.1 (Multiple Units, H District Only) |
| Mobile Homes | MUP | MUP | MUP | MUP | | | 10.44.060 (Mobile Homes) |
| Multiple family dwellings | | | P | P | | | |
| Residential accessory uses | P | P | P | P | P | | 10.44.020 (Accessory Uses and Structures) |
| Residential care homes, 6 or fewer clients | P | P | P | P | | | |
| Residential care homes, 7 or more clients | | | | CUP | | | |
| Secondary dwellings, existing | CUP | | | | | | 10.44.080 (Secondary Dwellings, Existing) |
| Senior housing projects | | | | CUP | | | 10.44.120 (Senior Housing Projects) |

### Table 10.22-1
### LAND USES ALLOWED IN RESIDENTIAL DISTRICTS*

| LAND USE | R-1 | R-2 | PR | R-3 | H | A | SEE SECTION |
|---|---|---|---|---|---|---|---|
| Single family dwellings | P | P | P | P | P | P | 10.44.090 (Detached Dwelling units) |
| Single family ark dwelling | | | | | | P | 10.44.130 (Arks) |
| Single family ark dwelling group | | | | | | P | |
| Two-family (duplex) dwelling | | P | P | P | | | |
| **Resource and Open Space Uses** | | | | | | | |
| Agricultural accessory structures | P | | | | | | 10.44.020 (Accessory Uses and Structures) |
| Animal raising and keeping | P | | | | | | |
| **Service Uses** | | | | | | | |
| Child day care | | | | | | | |
|    Centers | | CUP | | CUP | | | 10.44.100 (Child Day Care) |
|    Large Family care homes | MUP | MUP | MUP | MUP | | | |
|    Small family care homes | P | P | P | P | | P | |
| Offices, temporary | MUP | MUP | MUP | MUP | | | 10.44.280 (Offices, Temporary) |
| Public utility facilities, minor | MUP | MUP | MUP | MUP | | MUP | |
| Public utility facilities, major | CUP | CUP | CUP | CUP | | CUP | |
| Storage, accessory | P | P | P | P | | | 10.44.050 (Storage, Accessory) |
| **Transportation and Communications Uses** | | | | | | | |
| Wireless communication facilities | SEE CHAPTER 10.45 (Standards and Criteria for Wireless Communications Faiclities) | | | | | | Chapter 10.45 |
| Pipelines and transmission lines | P | P | P | P | P | P | |

| | | |
|---|---|---|
| * | Zoning Permit required for all allowed uses. | Chapter 10.52 |
| P | Permitted use | |
| MUP | Minor Use Permit required | Chapter 10.58 |
| CUP | Conditional Use Permit required | Chapter 10.60 |

### 10.22.040    Site Development Requirements

Minimum requirements are established for parcel size, lot width, and setbacks. Requirements for density, floor area ratio, coverage and building height are maximum amounts allowed.

A.  **Parcel Size.** Each parcel proposed for development or a new land use, and each new parcel proposed in a subdivision shall comply with the provisions that follow, or the applicable provisions of Section 10.40.030 (Minimum Parcel Standards). New parcels proposed in a subdivision shall also comply with all applicable provisions of Title 9 (Subdivisions) of this code. Existing parcels that do not meet the minimum lot area or width requirements specified by this Section 10.22.040 as set forth in Table 10.22-2 may be developed in accordance with the development standards listed below provided that the subject parcel has been legally created.

B.  **Lot Width.** Additional lot width requirements may be established or allowed by an applicable –Pd overlay district. (See Section 10.28.060, Planned Development.)

C.  **Setbacks.** Different setbacks may also apply where a zoning district is combined with an overlay zoning district. Ten-foot (10') front yard setbacks are required where designated on the zoning map. Minimum side yard setbacks may be increased in other situations as outlined in Chapter 10.40 (General Development Regulations.)

D.  **Density.** Density is based on net parcel area. Maximum density for single family dwellings in the Single Family Residential (R-1) district may be increased where additional units are approved as provided by Section 10.44.080 (Secondary Dwellings, Existing.)

E.  **Building Height.** Building height is measured from the natural average grade. Maximum building height may vary depending on parcel topography and may vary for other specific features of the site.

F.  **Additional Requirements.** Land uses shall comply with the additional requirements established by Chapters 10.40 (General Development Requirements) and 10.44 (Specific Use Requirements).

Table 10.22-2 (Site Development Standards – Residential Zoning Districts) outlines minimum site development standards for the residential zoning districts. Additional requirements may also apply where noted.

Table 10.22.2
SITE DEVELOPMENT STANDARDS - RESIDENTIAL ZONING DISTRICTS *1*

| DEVELOPMENT REQUIREMENT | R-1-8 | R-1-5 | R-1-20 | R-2-2.5 | R-2 | R-2.5 | R-3 | C | SEE SECTION |
|---|---|---|---|---|---|---|---|---|---|
| Minimum parcel size *2* | 6,000 sf | 8,000 sf | 20,000 sf | 5,000 sf | 10,000 sf | 20,000 sf | 5,000 sf | 10,000 sf | 1,500 sf | 10.40.030 (Minimum Parcel Standards) and Title 9 |
| Minimum lot width *2* | 50' | 50' | 50' | 50' | 50' | 50' | 50' | 30' | |
| Maximum Density | 1du/parcel | 1du/parcel | 1du/parcel | 1 du/2500 sf *3* | 1 du/5000 sf *3* | 1 du/1980 sf | 1 du/1500 sf *3* | 1 du/10,000 sf | 1 du/1500 sf | 10.44.080 (Secondary Dwellings, Existing) |
| Maximum Floor Area Ratio | .45 | .40 | .35 | .65 | .40 | .65 | .8 | .25 | .30 | |
| Maximum Building Coverage | 35% | 30% | 30% | 50% | 35% | 50% | 50% | 25% | 30% | |
| Maximum Impervious Surface *4* | 67.5% | 65% | 65% | 75% | 67.5% | 75% | 75% | 62.5% | 65% | |
| Minimum Setbacks *5* | | | | | | | | | | 10.40.080 (Exceptions to Required Setbacks) and Chapter 10.44 (Specific Use Requirements) |
| Front *6* | 0' | 0' | 0' | 0' | 0' | 0' | 0' | 0' | 0' | |
| Side *7* | 5' | 5' | 10' | 5' | 5' | 5' | 5' | *8* | 0' | |
| Rear | 15' | 15' | 20' | 15' | 15' | 15' | 15' | 15' | 0' | |
| Maximum Building Height *8* | 32' | 32' | 32' | 32' | 32' | 32' | 32' | 25' *10* | 12' *10* | 10.40.060 (Height Requirements) and Chapter 10.44 (Specific Use Requirements) |

*1* These standards are not entitlements; the approved size, setbacks or other physical conditions of a proposed new home or expansion of an existing home subject to design review shall be in the discretion of the Planning Commission. In order to meet the standards of design review, the Planning Commission may approve a home smaller, or with greater setbacks, or otherwise impose requirements that are more restrictive than the limits set forth in this chapter.
*2* See Section 10.40.030 (Minimum Parcel Standards).
*3* For two or more detached single family dwellings, see Section 10.44.090 (Detached Dwelling Units)
*4* Per Section 10.40.050.C, impervious surface includes decks, paved surfaces, hardscape, and gravel.
*5* Different setbacks may also apply if district is combined with other zoning districts.
*6* 10' front yard setbacks are required where designated on the zoning map. See Section 10.40.070.C.4 (Special setback lines).
*7* Minimum side yard setbacks may be increased in other situations.
*8* Half (1/2) the building height, but no less than 5'.
*9* Maximum building height may vary depending on parcel topography and may vary for other specific features of the site. Building height is measured from natural average grade.
*10* Measured from a point 6' above NGVD, or average grade, whichever is higher.

# CHAPTER 10.60       CONDITIONAL USE PERMITS

## 10.60.010    Purpose

The Conditional Use Permit process allows Planning Commission level of review for selected land use proposals, as provided by Chapters 10.20 through 10.28 (Zoning District Regulations.) Conditional Use Permits are required for uses which may be suitable only in specific locations in a zoning district or which require special consideration in their design, operation or lay-out to ensure compatibility with surrounding uses. In addition to the general purposes of this Title, the specific purposes of establishing procedures and a framework for Conditional Use Permits are as follows:

A.  To consider the relationship of the project's location to the neighborhood and community as a whole;

B.  To determine if the project's use and location is compatible with the types of uses that are normally permitted in the surrounding area;

C.  To consider the compatibility of the proposed use with the site's characteristics;

D.  To evaluate the adequacy of services and facilities for the proposed use;

E.  To provide opportunity for public review and comment on proposed use;

F.  To consider possible impacts (including but not limited to noise, smoke, odor, dust, vibration, radiation) on neighboring sites and residents;

G.  To consider possible hazard from explosion, contamination or fire;

H.  To determine inconvenience, economic loss, or hazard associated with increased traffic and people; and

I.  To identify conditions and requirements necessary to comply with the basic purposes of this Title, the General Plan and any applicable specific plan.

J.  To provide for an approval process for Master Plans if required by the General Plan.

## 10.60.020    Applicability

Conditional Use Permits are required pursuant to Chapters 10.20 through 10.28 (Zoning District Regulations) and Chapter 10.44 (Specific Use Requirements.) The Planning Commission may approve, conditionally approve, or deny a Conditional Use Permit application, unless otherwise restricted by State law. Development must comply with all applicable requirements of this Title, including but not limited to Chapters 10.40 (General Development Regulations) and 10.44 (Specific Use Requirements).

## 10.60.030   Application Contents and Submittal

Applications for Conditional Use Permits shall include all information specified by resolution of the Planning Commission. Submittal shall include a site plan drawn to scale showing location of all existing and proposed buildings, yards, driveways, and parking areas; floor plans showing the location of uses in the structure; and the required fee. Application procedures and processing timeframes shall be consistent with Chapter 10.50 (Land Use Permit Procedures), this chapter, State law and additional procedural guidelines established by the Community Development Director. Acceptance of an application does not constitute any indication of approval.

## 10.60.040   Public Notice and Hearing

The Planning Commission shall hold a public hearing on an application for a Conditional Use Permit, following completion of a staff report pursuant to Section 10.50.090 (Staff Reports and Recommendations). Public hearing shall be noticed and held in accordance with Chapter 10.82 (Public Hearings).

## 10.60.050   Findings

The Planning Commission may approve or conditionally approve a Conditional Use Permit if the following findings can be made:

A.   The proposed use is allowed with issuance of a Conditional Use Permit, pursuant to Chapters 10.20 through 10.28 (Zoning District Regulations), or Section 10.46.040 (Conditional Uses), Chapter 10.44 (Specific Use Requirements) or any other applicable section of this Title 10.

B.   The proposed use is consistent with the General Plan, the purposes of the Zoning Ordinance, and the purposes of the applicable zoning district.

C.   The proposed use, together with the applicable conditions, will not be detrimental to the public health, safety, or general welfare of the City.

D.   The proposed use complies with each of the applicable provisions of the Zoning Ordinance.

E.   The proposed use or facility is properly located relative to the community as a whole and to land uses and transportation and service facilities in the vicinity.

F.   The size and shape of the subject property is adequate to provide features needed to ensure reasonable compatibility with land uses normally permitted in the surrounding area. Features may include but not be limited to yards, open spaces, walls and fences, parking, loading, landscaping, and such features as may be required by this Title or the Commission.

G.   Public utilities and facilities are or will be adequate to serve the proposed use, including streets and highways paved (and of adequate width) for the quantity and type of traffic it

will generate.

H. The proposed use will not materially adversely affect nearby properties or their permitted uses.

I. Findings required by Chapter 10.44 (Specific Use Requirements) for the approval of specific uses are made.

### 10.60.060    Conditions of Approval

The Planning Commission may apply reasonable conditions of approval to assure compliance with applicable regulations and standards, including those recommended by City Departments and those specified in Section 10.50.100 (Recommended Conditions of Approval). The following provides guidelines for additional conditions of approval:

A. Conformity with site plan, architectural drawings, or statements submitted in support of the application, or as modified during the review process to protect the public health, safety, and general welfare and secure the objectives of the General Plan.

B. Special yards, open spaces and buffers.

C. Fences and walls.

D. Surfacing of parking areas and its specifications.

E. Street dedications and improvements, including provision of service roads or alleys when practical and necessary dedications of utility easements, sites for public use, and to preserve open space.

F. Regulation of points of vehicular ingress and egress.

G. Regulation of signs.

H. Landscaping and its maintenance. Within the waterfront area east of Bridgeway bounded by El Portal on the south and the north City limits, a maintenance bond shall be required to insure that landscaped areas are maintained for a period of one year from the date of final approval for occupancy.

I. Maintenance of grounds.

J. Control of noise, vibration, odors, and other potentially dangerous or objectionable elements.

K. Limits on time for conduct of certain activities.

L. Time period within which the proposed use shall be developed.

M. Conditions addressing the orderly and efficient development of the City and consistency with the interest and purposes set forth in this Title and the General Plan.

N.  Such guarantees as the Planning Commission deems necessary to ensure compliance with such conditions.

### 10.60.070   Notice of Decision

Planning Commission decision shall be in the form of a written resolution, which shall include findings on which the decision was based, applicable conditions of approval and a summary of the appeal process. Written decision shall be mailed to the applicant.

### 10.60.080   Appeals

All decisions of the Planning Commission may be appealed to the City Council within ten (10) days of the decision date. All appeals shall be in writing and shall be submitted and processed in accordance with Chapter 10.84 (Appeals) of this Title.

### 10.60.090   Effective Date of Permit

Conditional Use Permit shall become effective ten (10) days after the decision is rendered, provided no appeal has been filed.

### 10.60.100   Approval Applies to Land

Any Conditional Use Permit approval shall run with the land and shall continue to be valid for the time period specified whether or not there is a change of ownership of the site or structure to which it applies. Conditional Use Permit approval cannot be transferred to another site.

### 10.60.110   Expiration

Conditional Use Permits are valid for one year unless a different expiration date is stipulated at the time of approval, a building permit has been issued and construction diligently pursued, or the permit is renewed or extended. If more than one phase of a development is approved in a single action and later phases remain outstanding, approval shall lapse at the end of the authorized time frame.

### 10.60.120   Master Plans

All provisions within this Chapter 10.60 shall also apply to Master Plans that are required to achieve consistency with the General Plan for projects in the CW District or as otherwise may be required to achieve consistency with the General Plan.