**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER MORTON, et al.,

    Plaintiff,

  v.

CITY OF SAUSALITO,

    Defendant.

    /

No. C 07-6220 VRW

**CLERK'S NOTICE**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Defendant's Motion to Dismiss or Stay to **March 20, 2008 at 2:30 p.m.** Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: January 11, 2008

                              FOR THE COURT,
                              Richard W. Wieking, Clerk

                              By: *Cora Klein*
                              Courtroom Deputy Clerk to
                              Chief Judge Vaughn R Walker