1  JAMES M. WAGSTAFFE (95535)
   MICHAEL VON LOEWENFELDT (178665)
2  ADRIAN J. SAWYER (203712)
   CHEROKEE D.M. MELTON (243265)
3  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
4  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
5  Fax: (415) 371-0500

6  MARY ANNE WAGNER (167214)
   CITY ATTORNEY
7  **CITY OF SAUSALITO**
   420 Litho Street
8  Sausalito, California 94965
   Telephone: (415) 453-8866
9  Fax: (415) 289-4167

10
   Attorneys for Defendant
11 CITY OF SAUSALITO

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                        **SAN FRANCISCO DIVISION**

16 | PETER MORTON; SAUSALITO ALTA MIRA LLC, a Nevada limited liability company; HARRISON VENTURES LLC, a California limited liability company; and BULKLEY VENTURES LLC; a California limited liability company, REBECCA WATT; CONNIE COWDEN; KIMBERLY MITCHELL-SELLWOOD; and STEPHANIE LYNDE, | Case No. C 07-6220 VRW

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT DATES**

Hon. Vaughn R. Walker |

                       Plaintiffs

23 v.

24 CITY OF SAUSALITO, a California municipality,

                       Defendant.

27

28

NO. C 07-6220 VRW                                   STIP. AND [PROPOSED] ORDER CONTINUING DATES

**STIPULATION**

WHEREAS, on December 7, 2007, Plaintiffs Peter Morton, Sausalito Alta Mira LLC, Harrison Ventures, LLC, and Bulkley Ventures LLC, filed the Complaint in this action, alleging housing discrimination on the basis of disabilities;

WHEREAS, on December 19, 2007, the above Plaintiffs, along with Rebecca Watt, Connie Cowden, Kimberly Mitchell-Sellwood, and Stephanie Lynde, filed a First Amended Complaint;

WHEREAS, on January 10, 2008, Defendant filed a motion to dismiss or stay this action on grounds including that this action was barred by the Noerr-Pennington doctrine and that dismissal or stay was further appropriate in light of the Younger abstention doctrine, on the basis that this action sought to enjoin a previously-filed action entitled *City of Sausalito v. Sausalito Alta Mira, LLC, et al.*, Marin County Superior Court case number CV 074789;

WHEREAS, Defendant's motion to dismiss or stay is set for hearing on March 20, 2008;

WHEREAS, the case management conference in this matter is also set for March 20, 2008;

WHEREAS, the parties recently have begun discussing ways to address the issues presented in the state litigation and this litigation without immediate resort to judicial process; and

WHEREAS, in light of that fact, the parties agree that a short continuance of the hearing on Defendant's motion to dismiss and the case management conference, together with all related dates, will serve the interests of judicial economy;

The parties, by and through their counsel of record, do hereby stipulate as follows:

1.  The hearing on Defendant's motion to dismiss should be continued from March 20, 2008, to April 24, 2008 or the Court's next available date after that date, and the briefing schedule should be adjusted accordingly;

2.  The case management conference in this matter should be continued from March 20, 2008, to April 24, 2008 or the Court's next available date after that date;

3. The last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and the discovery plan, and to file a Joint ADR Certification, should be continued from February 28, 2008, to April 3, 2008;

4. The last day for the parties to file a Rule 26(f) report, complete initial disclosures or state objection in the Rule 26(f) report, and file the Case Management Statement should be continued from March 13, 2008, to April 17, 2008.

DATED: February 20, 2008           **KERR & WAGSTAFFE LLP**

By _____
Michael von Loewenfeldt

Attorneys for Defendant
CITY OF SAUSALITO

DATED: February 20 2008           **DOWNEY BRAND LLP**

By _____
Anthony L. Vignolo

Attorneys for Plaintiffs
PETER MORTON, SAUSALITO ALTA MIRA LLC, HARRISON VENTURES LLC, BULKLEY VENTURES LLC, REBECCA WATT, CONNIE COWDEN, KIMBERLY MITCHELL-SELLWOOD, and STEPHANIE LYNDE

### [PROPOSED] ORDER

Based on the above stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that:

1. The hearing on Defendant's motion to dismiss is continued from March 20, 2008, to April 17, 2008, and the briefing schedule shall be adjusted accordingly;

2. The case management conference in this matter is continued from March 20, 2008, to April 17, 2008;

1      3.      The last day for the parties to meet and confer regarding initial disclosures, early
2 settlement, ADR process selection, and the discovery plan, and to file a Joint ADR Certification,
3 is continued from February 28, 2008, to March 27, 2008;
4      4.      The last day for the parties to file a Rule 26(f) report, complete initial disclosures
5 or state objection in the Rule 26(f) report, and file the Case Management Statement, is continued
6 from March 13, 2008, to April 10, 2008.

DATED: February __, 2008

_____
Hon. Vaughn R. Walker
UNITED STATES DISTRICT CHIEF JUDGE