1    JAMES M. WAGSTAFFE (95535)
     MICHAEL VON LOEWENFELDT (178665)
2    ADRIAN J. SAWYER (203712)
     CHEROKEE D.M. MELTON (243265)
3    **KERR & WAGSTAFFE LLP**
     100 Spear Street, Suite 1800
4    San Francisco, CA 94105–1528
     Telephone: (415) 371-8500
5    Fax: (415) 371-0500

6    MARY ANNE WAGNER (167214)
     CITY ATTORNEY
7    **CITY OF SAUSALITO**
     420 Litho Street
8    Sausalito, California 94965
     Telephone: (415) 453-8866
9    Fax: (415) 289-4167

10

     Attorneys for Defendant
11    CITY OF SAUSALITO

12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15              **SAN FRANCISCO DIVISION**

16    PETER MORTON; SAUSALITO ALTA      Case No. C 07-6220 VRW
     MIRA LLC, a Nevada limited liability
17    company; HARRISON VENTURES LLC, a    **STIPULATION AND [~~PROPOSED~~]**
     California limited liability company; and      **ORDER CONTINUING HEARING**
18    BULKLEY VENTURES LLC; a California    **DATE ON DEFENDANT'S MOTION**
     limited liability company, REBECCA WATT;   **TO DISMISS AND CASE**
19    CONNIE COWDEN; KIMBERLY        **MANAGEMENT DATES**
     MITCHELL-SELLWOOD; and STEPHANIE
20    LYNDE,
                               Hon. Vaughn R. Walker
21             Plaintiffs

22

23    v.

24    CITY OF SAUSALITO, a California
     municipality,
25

26             Defendant.

27

28

KERR
&
WAGSTAFFE
LLP

               

**STIPULATION**

1        WHEREAS, on December 7, 2007, Plaintiffs Peter Morton, Sausalito Alta Mira LLC,

2  Harrison Ventures, LLC, and Bulkley Ventures LLC, filed the Complaint in this action, alleging

3  housing discrimination on the basis of disabilities;

4        WHEREAS, on December 19, 2007, the above Plaintiffs, along with Rebecca Watt,

5  Connie Cowden, Kimberly Mitchell-Sellwood, and Stephanie Lynde, filed a First Amended

6  Complaint;

7        WHEREAS, on January 10, 2008, Defendant filed a motion to dismiss or stay this action

8  on grounds including that this action was barred by the <u>Noerr-Pennington</u> doctrine and that

9  dismissal or stay was further appropriate in light of the <u>Younger</u> abstention doctrine, on the basis

10  that this action sought to enjoin a previously-filed action entitled *City of Sausalito v. Sausalito*

11  *Alta Mira, LLC, et al.*, Marin County Superior Court case number CV 074789;

12        WHEREAS, Defendant's motion to dismiss or stay is set for hearing on March 20, 2008;

13        WHEREAS, the case management conference in this matter is also set for March 20,

14  2008;

15        WHEREAS, the parties recently have begun discussing ways to address the issues

16  presented in the state litigation and this litigation without immediate resort to judicial process;

17  and

18        WHEREAS, in light of that fact, the parties agree that a short continuance of the hearing

19  on Defendant's motion to dismiss and the case management conference, together with all related

20  dates, will serve the interests of judicial economy;

21        The parties, by and through their counsel of record, do hereby stipulate as follows:

22        1.      The hearing on Defendant's motion to dismiss should be continued from March

23  20, 2008, to April 24, 2008 or the Court's next available date after that date, and the briefing

24  schedule should be adjusted accordingly;

25        2.      The case management conference in this matter should be continued from March

26  20, 2008, to April 24, 2008 or the Court's next available date after that date;

1    3.    The last day for the parties to meet and confer regarding initial disclosures, early

2    settlement, ADR process selection, and the discovery plan, and to file a Joint ADR Certification,

3    should be continued from February 28, 2008, to April 3, 2008;

4    4.    The last day for the parties to file a Rule 26(f) report, complete initial disclosures

5    or state objection in the Rule 26(f) report, and file the Case Management Statement should be

6    continued from March 13, 2008, to April 17, 2008.

7    DATED: February 20, 2008                    **KERR & WAGSTAFFE LLP**

8

9    By _____
     Michael von Loewenfeldt

10

11   Attorneys for Defendant
     CITY OF SAUSALITO

12

13   DATED: February 20 2008                    **DOWNEY BRAND LLP**

14

15   By _____
     Anthony L. Vignolo

16   Attorneys for Plaintiffs
     PETER MORTON, SAUSALITO ALTA MIRA

17   LLC, HARRISON VENTURES LLC, BULKLEY
     VENTURES LLC, REBECCA WATT, CONNIE

18   COWDEN, KIMBERLY MITCHELL-
     SELLWOOD, and STEPHANIE LYNDE

19

20                    [~~PROPOSED~~] ORDER

21   Based on the above stipulation of the parties, and for good cause shown,

22   IT IS HEREBY ORDERED that:

23   1.    The hearing on Defendant's motion to dismiss is continued from March 20, 2008,
     May 8, 2008 at 2:30 p.m.

24   to ~~April 17, 2008~~, and the briefing schedule shall be adjusted accordingly;

25   2.    The case management conference in this matter is continued from March 20,

26   2008, to ~~April 17, 2008~~,    April 24, 2008 at 3:30 p.m.  Joint statement due: 4/17/2008.

27

28

3.     The last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and the discovery plan, and to file a Joint ADR Certification, is continued from February 28, 2008, to March 27, 2008;

4.     The last day for the parties to file a Rule 26(f) report, complete initial disclosures or state objection in the Rule 26(f) report, and file the Case Management Statement, is continued from March 13, 2008, to ~~April 10, 2008.~~   April 17, 2008.

DATED:  February __22__, 2008



_____

Honorable
UNITED                                         JUDGE

IT IS SO ORDERED
AS MODIFIED

Judge Vaughn R Walker