DOWNEY BRAND LLP
MICHAEL N. MILLS (BAR NO. 191762)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Plaintiffs
Peter Morton; Sausalito Alta Mira LLC, a Nevada limited liability company; Harrison Ventures LLC, a California limited liability company; Bulkley Ventures LLC, a California limited liability company; Rebecca Watt; Connie Cowden; Kimberly Mitchell-Sellwood; and Stephanie Lynde

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MORTON; SAUSALITO ALTA MIRA LLC, a Nevada limited liability company; HARRISON VENTURES LLC, a California limited liability company; BULKLEY VENTURES LLC, a California limited liability company; REBECCA WATT; CONNIE COWDEN; KIMBERLY MITCHELL-SELLWOOD; and STEPHANIE LYNDE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAUSALITO, a California municipality, <br><br> Defendant. | Case No. CV 076220 VRW <br><br> **STIPULATION FOR DISMISSAL (Fed. R. Civ. P. 41(a)(1))** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the above-captioned action be, and hereby is, dismissed without prejudice, with each party to bear its or his own costs and fees.

916104.1

1

Stipulation for Dismissal  CV 07 6220 VRW

| | | |
|---|---|---|
| 1 | DATED: March 26, 2008 | DOWNEY BRAND LLP |

By:      /s/ Michael N. Mills
        MICHAEL N. MILLS
        Attorney for Plaintiffs
Peter Morton; Sausalito Alta Mira LLC, a Nevada limited liability company; Harrison Ventures LLC, a California limited liability company; Bulkley Ventures LLC, a California limited liability company; Rebecca Watt; Connie Cowden; Kimberly Mitchell-Sellwood; and Stephanie Lynde

DATED: March 26, 2008      KERR & WAGSTAFFE, LLP

By:      /s/ Michael Von Loewenfeldt
        MICHAEL VON LOEWENFELDT
        Attorney for Defendant
        CITY OF SAUSALITO

DOWNEY BRAND LLP

916104.1